UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Angel Hernandez
Ana Garcia
_____
Write the full name of each plaintiff.

18CV6418
_____CV_____
(Include case number if one has been assigned)

-against-

The City of New York
2 Unknown Police
Officers from 40th
_____

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

The event Took Place in The Southern District of New York

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **City of N.Y. 2 Unknown P.O's** (Defendant's name), is a citizen of the State of **From The 40th Pct Bx**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of **New York**.

If the defendant is a corporation:

The defendant, **City of N.Y.**, is incorporated under the laws of the State of **New York**

and has its principal place of business in the State of **New York**

or is incorporated under the laws of (foreign state) and has its principal place of business in **188 Church Street**

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Angel** First Name | Middle Initial | **Hernandez** Last Name

**593 E 141st. Street Apt 3A**
Street Address

**Bronx** | **N.Y.** | **10454**
County, City | State | Zip Code

**(347) 981-0169** | **Ahernandez80956@yahoo.com**
Telephone Number | Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name: City Of    Last Name: New York

Current Job Title (or other identifying information):

Current Work Address (or other address where defendant may be served): 100 Church Street

County, City: New York    State: NY    Zip Code: 10027

Defendant 2:

First Name: 40th    Last Name: Precinct

Current Job Title (or other identifying information): 138th Street

Current Work Address (or other address where defendant may be served):

County, City: Bronx    State: NY    Zip Code: 10454

Defendant 3:

First Name: Two Unknown Police Officer    Last Name: From The 40th Pct

Current Job Title (or other identifying information):

Current Work Address (or other address where defendant may be served):

County, City: Bronx    State: NY    Zip Code: 10454

Page 4

Defendant 4: **Diego Beckman Housing**
First Name / Last Name

Current Job Title (or other identifying information)
**694 E 141st Street**

Current Work Address (or other address where defendant may be served)
**Bronx    N.Y.    10454**
County, City / State / Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: **593 E 141st Street**

Date(s) of occurrence: **29th or 30th Day of March 2018**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Me a wife Ana Carera where assaulted by six individual 3 women & 3 men, where upon 2 unknown police officer from the 40th pct came upon the scene, choose sides and falsley arrested me while security for Diego Beckman Housing (HSFC), watched and did not do anything. And it is all caught on their security camera for 593 E 141th

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My wife was knocked-out a for me I was knocked down Three Times

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I want Ten-Million ($10,000,000.⁰⁰) dollars for me & my wife

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 16 Day of July 2018
Plaintiff's Signature: Angel Hernandez

First Name: Angel
Middle Initial:
Last Name: Hernandez

Street Address: 593 E 141th Street Apt 3A

County, City: Bronx
State: NY
Zip Code: 10454

Telephone Number: (347) 981-0169
Email Address: Ahernandez80756@yahoo.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7