USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                  :

ANGEL HERNANDEZ and ANA GARCIA,   :

                                   Plaintiff,  :

-v-                                   :            1:18-cv-6418-GHW

CITY OF NEW YORK, MANUEL SILES, P.O.:
Shield # 844, OMAR HABIB, P.O. Shield # 844,:      ORDER
and DIEGO BEEKMAN MUTUAL          :
HOUSING
                                            :

                              Defendants.  X

-------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

       The parties are directed to complete discovery in accordance with the case management and scheduling order entered at Dkt No. 41. The parties may request modifications of the deadlines established in that order in accordance with the Court's Individual Rules of Practice in Civil Cases.

       The Clerk of Court is directed to mail a copy of this order and Dkt No. 41 to Plaintiff. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

 SO ORDERED. Dated:

    February 9, 2020
    New York, New York

                                                        _____
                                                            GREGORY H. WOODS
                                                          United States District Judge