USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
ANGEL HERNANDEZ and ANA GARCIA, :
:
                                 Plaintiff, :
:
             -v-                      :           1:18-cv-6418-GHW
:
CITY OF NEW YORK, MANUEL SILES, P.O. :
Shield # 844, OMAR HABIB, P.O. Shield # 844, :          ORDER
and DIEGO BEEKMAN MUTUAL HOUSING :
:
                              Defendants. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court observes that on February 13, 2020, Plaintiffs filed discovery related documents on the docket of this case. Dkt. Nos. 43-44. The Court directs Plaintiffs to review and comply the with Federal Rules of Civil Procedure and the ECF Filing Rules, particularly Fed. R. Civ. P. 5(d)(1) and ECF Rule 13.20. That ECF Rule reads as follows: "Should discovery related requests and responses be electronically filed? No. Most discovery related requests and responses 'must not be filed until they are used in the proceeding or the court orders filing . . .' (see Fed. R. Civ. P. 5(d)(1)). When the filing of discovery related material is appropriate only relevant excerpts should be filed (see Local Civil Rule 5.1 and ECF Rule 5.2).)." The Court has not ordered these discovery materials to be filed, and they are not being used in the proceeding. Therefore, they were not properly filed in the docket of this case. The Court again directs Plaintiffs to comply with the Federal Rules of Civil Procedure and the ECFFiling Rules.

       The Clerk of Court is directed to mail a copy of this order to Plaintiffs by first-class and certified mail.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.

*Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: February 18, 2020
      New York, New York

_____
GREGORY H. WOODS
United States District Judge