USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    ANGEL HERNANDEZ and ANA GARCIA,

                                 Plaintiff,

                  -v-

    CITY OF NEW YORK, MANUEL SILES, P.O.
    Shield # 844, OMAR HABIB, P.O. Shield # 844,
    and DIEGO BEEKMAN MUTUAL
    HOUSING

                                Defendants.
------------------------------------------------------------- X

1:18-cv-6418-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On March 3, 2020, Defendants filed a motion to dismiss and for summary judgment. Dkt No. 46. That motion is denied without prejudice. Defendants are directed to comply with the Court's Individual Rules of Practice, which require a party to submit a letter requesting a pre-motion conference with the Court before filing a motion to dismiss or a motion for summary judgment.

The Clerk of Court is directed to terminate the motion pending at Dkt No. 46 and to mail a copy of this order to Plaintiffs by first-class and certified mail.

SO ORDERED.

Dated: March 3, 2020
        New York, New York

                                                              GREGORY H. WOODS
                                                         United States District Judge