

**MEMORANDUM ENDORSED**

| | THE CITY OF NEW YORK | |
|---|---|---|
| **& ( ", ĀÄ&$ ) , * )**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **,- "+$ )%"Ā"Ā )# "' %Ā**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-3513<br>Fax: (212) 356-3509<br>sdeangel@law.nyc.gov |

April 1, 2020

**BY ECF**
Honorable Gregory H. Woods
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: <u>Hernandez, et al v. City of New York et al.,</u>
            18-CV-6418 (GHW)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the Counsel of the City of New York, and attorney for defendants City of New York, Police Officer Manuel Siles, and Police Officer Omar Habib ("defendants") in the above-referenced matter. Defendants write to respectfully request a ninety (90) day stay of this litigation, including all scheduled deadlines and discovery, in light of the current pandemic. *Pro se* plaintiffs Angel Hernandez and Ana Garcia and co-defendant Diego Beekman Mutual Housing consent to this request. This is defendants' first request for such a stay.

      As the Court is aware, the country is currently grappling with the COVID-19, or coronavirus pandemic. On March 7, 2020, Governor Andrew Cuomo declared that New York is in a state of emergency because of the rapidly developing pandemic situation. On March 13, 2020, Mayor Bill de Blasio followed suit, and declared New York City to be in a state of emergency as well. Further, on March 20, 2020, Governor Cuomo signed the "New York State On Pause" Executive Order, mandating that all non-essential personnel stay at home. In light of pronouncements from government officials, associated policies, expert recommendations, and the citywide efforts to curb the further spread of COVID-19, the New York City Law Department, along with the majority of employers in New York City beginning on or about March 15, 2020, increasingly transitioned its workforce to work from home status.

Due to the fact that the aforementioned recent developments have caused (1) this Office to reduce its in-office workforce to essential employees only, (2) the state courts to halt non-critical functions, and (3) health providers, businesses, and agencies throughout New York City and state to overwhelming reduce their in-office workforce, there has been a significant disruption in normal business functions that has affected the undersigned's ability to defend this matter. Specifically, at a minimum, the undersigned is unable to confer with and/or obtain discovery documents from the courts, district attorney's office, the police department, and/or health care providers. The undersigned also notes that taking plaintiffs' depositions is going to be extremely difficult as it will require a video conference as well as a translator for Ms. Garcia. As such, this Office respectfully requests a ninety (90) day stay of this matter.

Thank you for your consideration herein.

Respectfully submitted,

*Stephanie De Angelis*
Stephanie De Angelis
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY ECF
Alice Spitz
*Attorney for Defendant Diego Beekman Mutual Housing*

By Email
Angel Hernandez and Ana Garcia
*Plaintiffs Pro Se*
ahernandezsantos2121@gmail.com

---

Application granted. All deadlines in this matter are stayed for 90 days. The deadline for the completion of fact discovery is extended to September 7, 2020. The deadline for the completion of all expert discovery is extended to October 22, 2020. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by September 7, 2020. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by September 21, 2020. The deadline for submission of motions for summary judgment, if any, is extended to November 23, 2020. The status conference scheduled for September 10, 2020 is adjourned to December 8, 2020 at 4 p.m. The joint status letter requested in the case management plan and scheduling order, Dkt No. 41, is due no later than December 1, 2020.

SO ORDERED.

Dated: April 1, 2020

GREGORY H. WOODS
United States District Judge