UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                   :
   ANGEL HERNANDEZ and ANA GARCIA,              :
                                       Plaintiffs,                 :
                                                                   :                    1:18cv-6418-GHW
                      -v -                                          :
                                                                   :                    ORDER
                                                                   :
CITY OF NEW YORK, et al.,                                  :
                                       Defendants.           :
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2020

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the December 21, 2020 teleconference,

Defendants' request to extend the deadline for the completion of fact discovery is granted.  The

deadline for the completion of fact discovery is extended to February 5, 2021.  As required by the

case management plan and scheduling order, Dkt. No. 41, any request for a pre-motion conference

seeking leave to file a motion for summary judgment must be submitted within one week of the

close of discovery.

SO ORDERED.

Dated:  December 22, 2020

_____
GREGORY H. WOODS
United States District Judge