```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                        :
ANGEL HERNANDEZ & ANA GARCIA     :
                               Plaintiffs,    :
                                                         :           1:18-cv-6418-GHW
                      -v -                                            :
                                                         :
CITY OF NEW YORK, et al.,               :
                                                         :
                                       Defendants.   :
                                                         :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        As stated on the record during the March 19, 2021 teleconference, Defendants' requests for leave to file motions for summary judgment, Dkt. Nos. 65 & 67, are granted.  Defendants' motions for summary judgment are due no later than May 5, 2021.  Plaintiffs' oppositions to the motions are due no later than six weeks after service of Defendants' motions; Defendants' replies, if any, are due no later than two weeks after service of Plaintiffs' oppositions.  The status conference scheduled for March 29, 2021, Dkt. No. 64, is adjourned *sine die*.  Defendants are directed to serve a copy of this order on Plaintiffs and to retain proof of service.

        SO ORDERED.

Dated:  March 21, 2021
New York, New York

                                                                  _____
                                                                           GREGORY H. WOODS
                                                                       United States District Judge