UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ANGEL HERNANDEZ and ANA GARCIA,

                             Plaintiffs,

      -against-                                     18 **CIVIL** 6418 (GHW)

                                                     **JUDGMENT**

CITY OF NEW YORK, MANUEL SILES, P.O.
Shield #844, OMAR HABIB, P.O. Shield #844, and
DIEGO BEEKMAN MUTUAL HOUSING,

                             Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 2, 2022, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Defendants' motions for summary judgment are GRANTED and judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

      February 3, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                      **BY:**
                                                   *K. Mango*

                                                   **Deputy Clerk**